IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD KIRKLEWSKI and
"BABY BOY" SOWINSKI,

    Plaintiffs,

v.

DAVID T. FLANAGAN,
DANE COUNTY,
UNIVERSITY OF WISCONSIN
HOSPITAL and THE CITY OF
MADISON DEPARTMENT OF POLICE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-347-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case without prejudice for lack of jurisdiction.

_____      7/6/10
Peter Oppeneer, Clerk of Court          Date